**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                                          CASE NO. 6:06-CR-125-ORL-19KRS

TREVOR COREL ENOS

<u>ORDER</u>

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 935, filed October 20, 2006) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 935) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Trevor Corel Enos has entered a plea of guilty to Count One of the Superseding Information knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Superseding Information.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 933, filed October 20, 2006) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   25th   day of October, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy